# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**ADDYSEN L. MURRIETA**  **PLAINTIFF**
**ADC #160745**

v.   **CASE NO. 5:16-CV-00350 BSM**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction, et al.**  **DEFENDANTS**

## ORDER

The partial recommended disposition ("PRD") submitted by United States Magistrate Judge Joe J. Volpe [Doc. No. 4] has been reviewed. No objections have been filed. After reviewing the record, the PRD is adopted.

Accordingly, plaintiff Addysen Murrieta's claim against defendant Wendy Kelley is dismissed without prejudice. An *in forma pauperis* appeal from this order would not be taken in good faith.

IT IS SO ORDERED this 16th day of December 2016.

_____
UNITED STATES DISTRICT JUDGE