**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**ADDYSEN L. MURRIETA**                                                                    **PLAINTIFF**
**ADC #160745**

v.                       CASE NO. 5:16-CV-00350 BSM

**WENDY KELLEY, Director,**
**Arkansas Department of Correction, et al.**                                 **DEFENDANTS**

## ORDER

The recommended disposition ("RD") submitted by United States Magistrate Judge Joe J. Volpe [Doc. No. 21] has been reviewed. No objections have been filed. After reviewing the record, the RD is adopted.

Accordingly, plaintiff Addysen Murrieta's complaint [Doc. No. 2] is dismissed without prejudice. An *in forma pauperis* appeal from this order would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 3rd day of April 2017.

                                                                 _____
                                                                 UNITED STATES DISTRICT JUDGE